1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ZINZI BONILLA (TXBN 24066521)
   Special Assistant United States Attorney
5        1301 Clay Street, Suite 340S
         Oakland, California 94612
6        Telephone: (510) 637-3932
         FAX: (510) 637-3724
7        Email: Zinzi.bonilla@usdoj.gov

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,           ) NO. CR 16-00224 JST
                                       )
14      Plaintiff,                     ) **STIPULATION AND [PROPOSED] ORDER
                                       ) EXCLUDING TIME FROM NOVEMBER 4, 2016
15   v.                                ) TO DECEMBER 9, 2016**
                                       )
16 MATTHEW MAMOROU CHESNEY,            )
                                       )
17      Defendant.                     )
                                       )
18 _____)

19      The parties appeared before the Honorable Jon S. Tigar on November 4, 2016, for a status

20 conference before the district court.  With the agreement of counsel for the parties and the defendant, the

21 Court found and held as follows:

22      1.      The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

23 from November 4, 2016 to December 9, 2016.  Failure to grant the requested continuance would

24 unreasonably deny the defense counsel reasonable time necessary for effective preparation, taking into

25 account the exercise of due diligence and the need for defense counsel to review discovery, conduct

26 investigation, and consult with the defendant.

27      2.      Given these circumstances, the Court found that the ends of justice served by excluding

28 the above-referenced period of time outweigh the best interest of the public and the defendant in a

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00224 JST

1  speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

2      3.    Accordingly, and with the consent of the defendant, the Court ordered that the above-
3  referenced period of time be excluded from Speedy Trial Act calculations under 18 U.S.C.
4  § 3161(h)(3)(A), (h)(7)(A) & (B)(iv).

5      IT IS SO STIPULATED.

6  DATED: November 4, 2016      /s/
    JOHN PAUL REICHMUTH
7      Counsel for Matthew Mamoru Chesney

9  DATED: November 4, 2016      /s/
    ZINZI BONILLA
10      Special Assistant United States Attorney

12      IT IS SO ORDERED.

14  DATED:  November 7, 2016
    HON. JON S. TIGAR
15      United States District Judge

STIPULATION AND ORDER EXCLUDING TIME
CR 16-00224 JST