STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant CHESNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CHESNEY,<br><br>Defendant. | No. CR 16-224-JST<br><br>AMENDED STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 20, 2017 AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER |

The above-captioned matter is set on December 9, 2016 before the Jon S. Tigar for STATUS hearing. The parties jointly request and stipulate that the Court continue the matter to January 20, 2017 at 9:30 a.m. for CHANGE OF PLEA or TRIAL SETTING.

The parties agree and stipulate that the time until January 20, 2017 should be excluded under 18 U.S.C. §3161(H)(7)(A) and (B) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. Plea negotiations and discovery review are ongoing. The defense needs additional time to discuss this case with Mr. Chesney, although it is anticipated that this case will resolve by plea. Defense counsel will be out of the office for most of the last two weeks of December 2016.

Stip. Req. To Continue Hearing Date

1 | DATED: December 7, 2016
2 | /s/
ZINZI BONILLA
Assistant United States Attorney

5 | DATED: December 7, 2016
/s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for MATTHEW CHESNEY

## ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that the STATUS hearing in this case be continued to January 20, 2017 at 9:30 a.m. for CHANGE OF PLEA or TRIAL SETTING. The court finds that the need for additional discovery review and discussion by the defense, and continuity of counsel justify an exclusion of time under the Speedy Trial Act until January 20, 2017.

December  7 , 2016

_____
HON. JON S. TIGAR
United States District Judge

Stip. Req. To Continue Hearing Date         2